IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
( CAPITAL CASE )

DUSTIN JOHN HIGGS
    Petitioner,

V.

DONALD J. TRUMP
WILLIAM P. BARR
(REGIONAL DIRECTOR), DIRECTOR,
TJ WATSON, WARDEN
CONGRESS, THE LEGISLATIVE BRANCH
    and
JOHN DOES
    Defendants,

Case: 1:20-cv-03794
Assigned To : Unassigned
Assign. Date : 12/21/2020
Description: Pro Se Gen. Civ. (F-DECK)

---

## PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

---

Petitoner, Dustin John Higgs, pro se, respectfully moves for leave to proceed in forma pauperis and submits as follows;

1. This case is before the Court on a petition for injuncttive and declaratory relief

2. Pettioner, a death sentenced federal prisoner, is indigent.

3. On January 25, 2005, the United States Disstrict Court for the appointed of Maryland found Petitioner to be indigent and subsequently appointed Stephen Sachs, Esq. and

4. After the District Court denied 2255 relief, Petitioner filed a timely notice of appeal. On October 22, 2010, the United States Court of appeals issued an order declaring Petitoner indigent, and appointing StephneSachs, Esq., and the office of the General Community Defender for teh Eastern District of Pennsylvania.

5. Petitioner remains incarcerated today and there has been no chnage in his financial status. Higgs is without funds to secure the services necessary to proceed in this court (e.g., printing fees, etc) or pay any fees.

RECEIVED
Mail Room

DEC 21 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

7. Mr. Higgs is filing pro se and affirms that all statements related above are true and correct.

WHEREFORE, Pro se Petitioner requests that the Court to allow Huggs to proceed in forma pauperis.

I declare under the penalty of perjury that the statements above are true and correct.

Executed on December 8 ,20 20

Dustin J Higgs
DUSTIN HGGS
SCU
P.O. BOX 33
Terre Haute, In 47808

Authorized by the Act July 7, 1955 to Administer Oaths (18 U.S.C. 4004)

12/08/2020

Case Manager