Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DUSTIN J. HIGGS

      Plaintiff

vs.

DONALD J. TRUMP, et al

      Defendant

Civil No.   20-3794   (RC)

Category   F

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 12/30/2020 from Judge Royce C. Lamberth to Judge Rudolph Contreras by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:   Judge Royce C. Lamberth   & Courtroom Deputy
   Judge Rudolph Contreras   & Courtroom Deputy
   Liaison, Calendar and Case Management Committee