# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DUSTIN J. HIGGS, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 20-3794 |
| v. : | |
| : | |
| DONALD J. TRUMP, et al., : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Plaintiff Dustin J. Higgs in the above-captioned matter.

                                              Respectfully submitted,

                                              /s/ Shawn Nolan
                                              Shawn Nolan, Chief, Capital Habeas Unit
                                              Federal Community Defender Office for
                                                the Eastern District of Pennsylvania
                                              601 Walnut Street, Suite 545 West
                                              Philadelphia, PA 19106
                                              (215) 928-0520
                                              Shawn_Nolan@fd.org

Dated: January 4, 2021