# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DUSTIN J. HIGGS, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 20-3794 |
| v. : | |
| : | |
| DONALD J. TRUMP, et al., : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Plaintiff Dustin J. Higgs in the above-captioned matter.

Respectfully submitted,

/s/ Alexander Kursman
Alexander Kursman
Federal Community Defender Office for
 the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Alex_Kursman@fd.org

Dated:  January 4, 2021