UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUSTIN J. HIGGS,<br>        *Plaintiff*,<br>    v.<br>DONALD J. TRUMP,<br>President of the United States, *et al.*,<br>        *Defendants*. | Civil Action No. 20-3794 (RC) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Johnny Walker as counsel for all Defendants.

Dated: January 11, 2021

Respectfully submitted,

  /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202-252-2575
Cell: 202-815-8708
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*