### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DUSTIN HIGGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 20-3794 |
| | ) |
| **DONALD TRUMP, et al.,** | ) |
| | ) |
| **Defendants** | ) |

### NOTICE AS TO UNDERSIGNED COUNSELS' POSITION ON MOOTNESS

PLEASE TAKE NOTICE that counsel for Dustin Higgs, Shawn Nolan and Alex Kursman, hereby informs the Court and all parties of record that it is their position that this case should be dismissed as moot. Undersigned counsel believe this case should be dismissed as moot because Mr. Higgs is deceased, having been executed by the government on January 15, 2021.

Dated: February 1, 2021                           Respectfully submitted,

                                                  */s/ Alex Kursman*
                                                  Alex Kursman
                                                  Shawn Nolan
                                                  Federal Community Defender Office for the
                                                  Eastern District of Pennsylvania
                                                  601 Walnut Street, Suite 545 West
                                                  Philadelphia, PA 19106
                                                  Telephone: 215-928-0520
                                                  Email: alex_kursman@fd.org

                                                  *Counsel for Plaintiff Dustin Higgs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.

Respectfully submitted,

*/s/ Alex Kursman*
Alex Kursman
Shawn Nolan
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone: 215-928-0520
Email: alex_kursman@fd.org

*Counsel for Plaintiff Dustin Higgs*