# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** DUSTIN J. HIGGS | **COURT CASE NUMBER** 20-cv-03794-RC |
| **DEFENDANT** DONALD J. TRUMP et al | **TYPE OF PROCESS** Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. ATTORNEY GENERAL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Ave. NW Washington, DC 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alexander Louis Kursman
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Anson Hopkins
TELEPHONE NUMBER: (202) 354-3120
DATE: 1/5/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2 of 6
District of Origin No.: A10
District to Serve No.: A10
Signature of Authorized USMS Deputy or Clerk: Elizabeth Wylis
Date: 01/06/2021

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Jan Albn — Mail Clerk
Date: 2/3/21   Time: 3:31 pm
Signature of U.S. Marshal or Deputy: 31799

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | |

REMARKS



RECEIVED
FEB - 5 2021
Clerk, U.S. District and Bankruptcy Courts

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE