**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DUSTIN J. HIGGS | 20-cv-03794-RC |
| DEFENDANT | TYPE OF PROCESS |
| DONALD J. TRUMP et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DONALD J. TRUMP
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1600 Pennsylvania Ave NW Washington, DC 20500

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Alexander Louis Kursman
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Anson Hopkins
TELEPHONE NUMBER: (202) 354-3120
DATE: 1/5/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1 of 6
District of Origin: No. A16
District to Serve: No. A16
Signature of Authorized USMS Deputy or Clerk: Elizabeth Ogles
Date: 01/06/2021

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Paul Allen, Mail Clerk
Date: 4-23-21   Time: 10:52 ☒ am ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: #31799

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | |

REMARKS

**RECEIVED**
APR 28 2021
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DUSTIN J. HIGGS <br><br> *Plaintiff* <br><br> v. <br><br> TRUMP et al <br><br> *Defendant* | Civil Action No. 20-cv-03794-RC <br><br> **WITHOUT PREPAYMENT OF COSTS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DONALD J. TRUMP
1600 Pennsylvania Ave NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/05/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*