**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DUSTIN J. HIGGS | 20-cv-03794-RC |
| DEFENDANT | TYPE OF PROCESS |
| DONALD J. TRUMP et al | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CONGRESS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
219 Cannon House Office Building Washington, D.C. 20515-6532

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alexander Louis Kursman
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Anson Hopkins
TELEPHONE NUMBER: (202) 354-3120
DATE: 1/5/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 6 of 6
District of Origin No.: A10
District to Serve No.: A10
Signature of Authorized USMS Deputy or Clerk: Elizabeth Ogusy
Date: 01/06/2021

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 5/18/21   Time: 4:35 pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy
CRIESO 3700

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 | | |

REMARKS

Per Asso Gen Counsel Brooke Hanner they do not accept Process on Behalf of Congress as "Congress" is not a entity that can be sued. Must name a actual person. Process Refused Via phone call - 5/18/2021

**RECEIVED**
MAY 21 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DUSTIN J. HIGGS<br><br>*Plaintiff*<br>v.<br>TRUMP et al<br><br>*Defendant* | Civil Action No. 20-cv-03794-RC<br><br>**WITHOUT PREPAYMENT OF COSTS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CONGRESS
219 Cannon House Office Building
Washington, D.C. 20515-6532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexander Louis Kursman
OFFICE OF THE FEDERAL COMMUNITY DEFENDER/EDPA
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 01/05/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

RECEIVED

MAY 21 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia