**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DUSTIN J. HIGGS | 20-cv-03794-RC |
| DEFENDANT | TYPE OF PROCESS |
| DONALD J. TRUMP et al | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
REGIONAL DIRECTOR U.S. Department of Justice
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
320 First St., N.W. Washington, DC 20534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alexander Louis Kursman
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Anson Hopkins
TELEPHONE NUMBER: (202) 354-3120
DATE: 1/5/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 3 of 6
District of Origin No. A16
District to Serve No. A16
Signature of Authorized USMS Deputy or Clerk: elizabeth oglesby
Date: 01/06/2021

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 6/11/21   Time: 1:12 ☒ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 / 195.00 | | |

REMARKS

1st Endeavor @ 0948 on 5/28/21 - OGC unavailable. OGC POC Corinne Nastro / (202) 307-3105.

2nd Endeavor on 6/4/21 - OGC unavailable. OGC POC Corinne Nastro / (202) 307-3105.

3rd Endeavor @ 0944 on 6/11/21 - DUSM physically attempted to serve SOP. OGC not present. OGC POC Corinne Nastro / (202) 307-3105.

**RECEIVED**
JUN 14 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DUSTIN J. HIGGS | 20-cv-03794-RC |
| DEFENDANT | TYPE OF PROCESS |
| DONALD J. TRUMP et al | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
T. WATSON

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Penitentiary Terre Haute 4700 Bureau Road South Terre Haute, Indiana 47802

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Alexander Louis Kursman
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106

Number of process to be served with this Form 285: 4
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Anson Hopkins
TELEPHONE NUMBER: (202) 354-3120
DATE: 1/5/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 4 of 6
District of Origin No.: A16
District to Serve No.: A16
Signature of Authorized USMS Deputy or Clerk: elizabeth aguy
Date: 01/06/2021

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 6/11/21   Time: 1:12 ☒ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: ___ #31799

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | 65 / 195.00 | | |

REMARKS

1st Endeavor @ 0948 on 5/28/21 - OGC unavailable. OGC POC Corihne Nastro / (202) 307-3105.

2nd Endeavor on 6/4/21 - OGC unavailable. OGC POC Corihne Nastro / (202) 307-3105.

3rd Endeavor on 6/11/21 @ 0944 - DUSM physically attempted to serve SOP. OGC not present. OGC POC Corihne Nastro / (202) 307-3105.

**RECEIVED**
JUN 1 4 2021
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18